JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANDIDA MOBLEY WRIGHT (A/K/A DARCI CANDIDA MOBLEY A/K/A CANDIDA WRIGHT A/K/A CANDIDA MOBLEY), as an individual and as trustee for the Wright Revocable Family Trust and as co-trustee for the Candida Mobley Revocable Trust; BENNY HARRIS, an individual; ANGELLINE FAAPUTU AFO, an individual; TONY RUMFORD, an individual; JIMMY LEE NICHOLAS, as co-trustee for the Candida Mobley Revocable Trust; MARIA NAVARRO, as co-trustee for the Candida Mobley Revocable Trust; JULES HOWARD, JR., an individual; TONIA FRANKLIN (A/K/A TANIA FRANKLIN), an individual; DURELL | Case No.: 2:16-cv-2920-DSF-FFMx<br><br>**JUDGMENT ON CITIMORTGAGE, INC.'S FOURTH AMENDED COMPLAINT AS TO THE FOLLOWING CAUSES OF ACTION:**<br><br>**(1) QUIET TITLE (as of 4/25/2007);**<br><br>**(2) CANCELLATION; AND**<br><br>**(3) DECLARATORY RELIEF** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | COLEMAN, an individual, BARBARA DONAHUE, an individual; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; and DOES 1-50, inclusive,<br><br>           Defendants. |

After consideration of the papers in support of the Application for Default Judgment, and Judgment Relating to the Fourth Amended Complaint filed by Plaintiff CitiMortgage, Inc., and the pleadings and papers on file in this action, including CitiMortgage's Motion for Summary Adjudication against Candida Mobley Wright (Mobley) and all supporting papers (Dkt. Nos. 154, 169-172, 174), and the Stipulation for Entry of Final Judgment between Mobley and CitiMortgage (Dkt. 206), judgment is entered in favor of CitiMortgage against Defendants Benny Harris, Angelline Faaputu Afo, Tony Rumford, Jimmy Lee Nicholas, Maria Navarro, Jules Howard, Jr., Tonia Franklin (a/k/a Tania Franklin), and Durell Coleman (collectively, Defaulting Defendants).

The "Property" at issue in this litigation is commonly known as 15523 Collina Strada Street, Los Angeles, California 90077, and is legally described as:

> Lot 18 of Tract No. 25625, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 834 pages 93 to 96 of maps, in the Office of the County Recorder of said county.

> Except therefrom all oil, gas, minerals, and other hydrocarbon substances lying below a depth of 500 feet, but with no right of surface entry, as provided in deed recorded June 9, 1976 as Instrument No. 524, Official Records.

Based on the evidence presented by CitiMortgage in this action and the Stipulation for Judgment between Mobley and CitiMortgage, CitiMortgage has demonstrated that it is entitled to a judgment on its First Cause of Action for Quiet Title against the Defaulting Defendants on the Property.

In addition, CitiMortgage is entitled to default judgment on its other causes of action as requested in the Application

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

1. CitiMortgage is the prevailing party on its causes of action for Quiet Title, Cancellation, and Declaratory Relief. Based on this ruling, CitiMortgage's causes of action for Reformation, Equitable Lien, and Equitable Subrogation are rendered moot and dismissed without prejudice.

2. The 2007 Deed of Trust, recorded on April 25, 2007 in the Official Records, Recorder's Office, Los Angeles County, California, as Instrument 20070994221 (2007 Deed of Trust), encumbers 100% of the Property.

3. CitiMortgage was assigned all beneficial interest and all rights accrued or to accrue through an Assignment of Deed of Trust. The Assignment was recorded on May 11, 2011 with the Official Records, Recorder's Office, Los Angeles County, California, as Instrument No. 20110665182.

4. The Grant Deed conveying the Property from Howard to Mobley, which was recorded in the Official Records, Recorder's Office, Los Angeles County, California on November 2, 2009, as Instrument No. 20091651658 (Secret Grant Deed), was a sham document, executed during the escrow process by which Mobley was conveying the Property to Howard. It was not supported by consideration. *See* Dkt. 206.

5. The grant deeds executed by Mobley between 2011 and 2015, which purported to transfer interests in the Property to one or more of the Defaulting Defendants are void, because they were sham contracts, were entered into for the illegal purpose of interfering with CitiMortgage's right to foreclose, and lacked consideration.

These include the documents recorded in the Official Records, Recorder's Office, Los Angeles County, California, identified as:

- Instrument No. 20110602666, Grant Deed – Trust Transfer, recorded on April 2, 2011;
- Instrument No. 20110772419, Trust Transfer Grant Deed, recorded on June 6, 2011;
- Instrument No. 20110903861, Trust Transfer Grant Deed, recorded on July 5, 2011;
- Instrument No. 20111041592, Trust Transfer Grant Deed, recorded on August 3, 2011;
- Instrument No. 20111233385, Trust Transfer Grant Deed, recorded on September 12, 2011;
- Instrument No. 20111376340, Trust Transfer Grant Deed, recorded on October 11, 2011;
- Instrument No. 20111535170, Trust Transfer Grant Deed, recorded on November 14, 2011;
- Instrument No. 20121156040, Grant Deed, recorded on August 3, 2012;
- Instrument No. 20130984508, Grant Deed, recorded on July 3, 2013;
- Instrument No. 2015553805, Grant Deed, recorded on May 13, 2015;
- Instrument No. 20140834289, Grant Deed, recorded on August 11, 2014;
- Instrument No. 20150978745, Grant Deed, recorded on August 11, 2015; and
- The "Grant Deed" from Darci Candida Mobley conveying an undivided 5% interest to Tonia Franklin, referenced in a petition filed with the U.S. Bankruptcy Court, Central Division on February 13, 2015 assigned as Case No. 2:15-bk-12207-VZ (which may not have been recorded).

(Collectively, Fractional Grant Deeds.)

6. **First Cause of Action – Quiet Title**: Judgment is entered in favor of CitiMortgage on its Quiet Title cause of action. Specifically, CitiMortgage's lien interest, based on the 2007 Deed of Trust, attached against 100% of the Property as of April 25, 2007, and is superior to any purported to any right, title, estate, lien or interest in the Property of any of the Defaulting Defendants. Further, the Fractional Grant Deeds and Secret Grant Deed are void.

7. **Second Cause of Action – Cancellation**: Default Judgment is entered in favor of CitiMortgage on its Cancellation cause of action. Specifically, the Fractional Grant Deeds and Secret Grant Deed were sham documents and are void. They are cancelled.

8. **Sixth Cause of Action – Declaratory Relief**: Default Judgment is entered in favor of CitiMortgage on its Declaratory Relief cause of action. Specifically, the Court determines:

    a) That CitiMortgage holds the first and senior security lien against 100% of the Property pursuant to the 2007 Deed of Trust.

    b) That the Fractional Grant Deeds and Secret Grant Deed are cancelled/voided.

    c) That any interest in the Property that may be asserted by the Defaulting Defendants is junior and subordinate to the interest held by CitiMortgage against the Property.

9. CitiMortgage may cause this Final Judgment to be recorded with the Los Angeles County Recorder's Office.

IT IS SO ORDERED.

DATED: 4/6/18

*Dale S. Fischer*

Dale S. Fischer
United States District Judge